UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL W. HUDSON,<br><br>          Plaintiff,<br><br>     v.<br><br>C. PFEIFFER, et al.,<br><br>          Defendants. | Case No. 1:22-cv-01313-JLT-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON DECEMBER 7, 2022 (ECF NO. 9) |

Darryl W. Hudson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 7, 2022, the Court issued findings and recommendations, recommending that this action be dismissed because it is barred by the favorable termination rule. (ECF No. 9). In the findings and recommendations, the Court informed Plaintiff that, "[i]f Plaintiff believes the punishment for the RVR did not affect the duration of his sentence, including if he is serving an indeterminate sentence, he may file objections to these findings and recommendations explaining that position." (Id. at 6 n.1).

On December 19, 2022, Plaintiff filed his objections to the findings and recommendations. In his objections, Plaintiff alleges that he is serving a sentence of life without the possibly of parole. Plaintiff asks if he can voluntarily dismiss this action, not be required to pay the filing fee for this action, and file a petition for a writ of habeas corpus

1

instead.

Given Plaintiff's allegation that he is serving a sentence of life without the possibly of parole, it appears that success in this action would not necessarily demonstrate the invalidity of Plaintiff's confinement or its duration, and that this action is thus not barred by the favorable termination rule.  Accordingly, the Court will vacate the findings and recommendations and screen Plaintiff's complaint in due course.  The Court notes that while Plaintiff may voluntarily dismiss this action pursuant to Federal Rue of Civil Procedure 41, Plaintiff's application to proceed *in forma pauperis* has been granted and Plaintiff is required to pay the filing fee for this action (ECF No. 8).

Based on the foregoing, IT IS ORDERED that the that the findings and recommendations issued on December 7, 2022 (ECF No. 9) are VACATED.  The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:   **December 27, 2022**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE